IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MA'QUAL T. COBBS,
    Plaintiff,

v.                                                                                       Civil No. 3:21cv681 (DJN)

MS. GARCIA, *et al.*,
    Defendants.

### MEMORANDUM OPINION

    By Memorandum Order entered on November 18, 2021, the Court conditionally docketed this action. (ECF No. 3.) At that time, the Court warned Plaintiff that he must keep the Court informed of his current address in the event that he was relocated or released. The Court has recently learned that Plaintiff is no longer housed at the Western Tidewater Regional Jail, his address of record. *See Cobbs v. Walker*, No. 21cv663 (DJN), ECF Nos. 29, 30 (E.D. Va. April 22, 2022) (dismissing action without prejudice, because Plaintiff failed to update his address). Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court or provide a current address indicates a lack of interest in litigating this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this action will be DISMISSED WITHOUT PREJUDICE.

    Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

    An appropriate Order shall issue.

                                                                               /s/
                                                                       David J. Novak
                                                                       United States District Judge

Richmond, Virginia
Dated: May 12, 2022